Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−17656−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lisa M. Ortiz
  aka Lisa M Ortiz
  5 E. Collings Drive
  Williamstown, NJ 08094

Social Security No.:
  xxx−xx−0862

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 10, 2024.

Dated: October 10, 2024
JAN: as

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17656-ABA |
| Lisa M. Ortiz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 10, 2024 | Form ID: plncf13 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Ortiz, 5 E. Collings Drive, Williamstown, NJ 08094-2657 |
| cr | + | Collings Lakes Civic Association, P.O. Box 475, Williamstown, NJ 08094-0475 |
| 520349413 | + | Advocare, LLC, PO Box 71422, Philadelphia, PA 19176-1422 |
| 520349418 | | AtlantiCare Regional Med Cntr, 65 W Jimmie Leeds Rd, Pomona, NJ 08240 |
| 520349417 | + | Atlantic Dental Associates, 6816 Ventnor Ave, Ventnor City, NJ 08406-2027 |
| 520349422 | + | Collings Lakes Civic Association, c/o H&S Business Partners, PO Box 925, Voorhees, NJ 08043-0925 |
| 520349431 | + | Eisenberg, Gold & Agrawal, PC, 1040 N. Kings Hwy, Ste 200, Cherry Hill, NJ 08034-1925 |
| 520349435 | + | H&S Business Solutions, PO Box 925, Voorhees, NJ 08043-0925 |
| 520349436 | + | Hammonton SED LLC, 219 N White Horse Pike, Hammonton, NJ 08037-1896 |
| 520406915 | + | John M. Ortiz, 5 E. Collings Drive, Williamstown, NJ 08094-2657 |
| 520349441 | | M&T Bank, One M&T Plaza, Buffalo, NY 14203 |
| 520414287 | + | Mission Lane LLC, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520349447 | + | Rothman Orthopaedics, 999 North Route 73, Suite 401, Marlton, NJ 08053-1227 |
| 520349452 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520349448 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 520402787 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 8695-0245 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 10 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 10 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520349416 | + | Email/Text: legal@arsnational.com | Oct 10 2024 20:44:00 | ARS National Services, PO Box 469100, Escondido, CA 92046-9100 |
| 520349414 | ^ | MEBN | Oct 10 2024 20:36:58 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 520349415 | ^ | MEBN | Oct 10 2024 20:36:58 | Apex Asset Management, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 520413564 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 20:48:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520349419 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2024 20:59:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520383255 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 10 2024 20:48:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recipient | Type | Date/Time | Address |
|---|---|---|---|
| 520349420 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2024 21:09:35 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520349421 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 10 2024 20:47:26 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520349423 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 20:44:00 | Comenity Bank/Avenue, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520349424 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 20:44:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520349425 | ^ MEBN | Oct 10 2024 20:37:47 | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 520349427 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 10 2024 20:44:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520349428 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 10 2024 20:47:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520349433 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 10 2024 20:44:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520349437 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2024 20:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520391978 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 10 2024 20:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520349438 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 10 2024 20:42:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520349439 | Email/Text: govtaudits@labcorp.com | Oct 10 2024 20:43:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 520375823 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 20:47:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520413046 | ^ MEBN | Oct 10 2024 20:36:54 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520349440 | ^ MEBN | Oct 10 2024 20:38:00 | Lyons, Doughty & Veldhuis, PC, 5 Greentree Ctr, 525 Rt 73 N, Ste 400, PO Box 987, Marlton, NJ 08053-0987 |
| 520349444 | Email/Text: ml-ebn@missionlane.com | Oct 10 2024 20:42:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520349442 | + Email/Text: Mercury@ebn.phinsolutions.com | Oct 10 2024 20:42:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 520410459 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 10 2024 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520349443 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 10 2024 20:44:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520370220 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 10 2024 20:47:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520387389 | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2024 20:44:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520349445 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 20:47:42 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520413499 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 20:58:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520404659 | + Email/Text: DeftBkr@santander.us | Oct 10 2024 20:44:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |

| | | | | |
|---|---|---|---|---|
| District/off: 0312-1 | | User: admin | | Page 3 of 4 |
| Date Rcvd: Oct 10, 2024 | | Form ID: plncf13 | | Total Noticed: 59 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520349449 | + | Email/Text: bankruptcy@self.inc | Oct 10 2024 20:43:00 | Self INC/Lead Bank Communtiy Bank, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108-2352 |
| 520349450 | ^ | MEBN | Oct 10 2024 20:37:18 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 520417701 | + | Email/Text: bankruptcy@bbandt.com | Oct 10 2024 20:43:00 | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520349451 | + | Email/Text: bankruptcynotice@sjindustries.com | Oct 10 2024 20:43:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 520349453 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2024 20:48:03 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520349454 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2024 20:47:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520349455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2024 20:47:37 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520349456 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2024 20:47:43 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520417502 | | Email/Text: bncmail@w-legal.com | Oct 10 2024 20:44:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520349457 | + | Email/Text: bncmail@w-legal.com | Oct 10 2024 20:43:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520349458 | | Email/Text: bankruptcy@uscbcorporation.com | Oct 10 2024 20:42:00 | USCB Corporation, PO Box 75, Archbald, PA 18403 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520349426 | *+ | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19195-0001 |
| 520349429 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520349430 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520349432 | *+ | Eisenberg, Gold & Agrawal, PC, 1040 N. Kings Hwy, Ste 200, Cherry Hill, NJ 08034-1925 |
| 520349434 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520375824 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520349446 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Unterlack | on behalf of Creditor Collings Lakes Civic Association aunterlack@egalawfirm.com ebecker@egalawfirm.com,alapinski@egalawfirm.com |
| Andrew Thomas Archer | on behalf of Debtor Lisa M. Ortiz aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5