Printed on: 12/31/2024                                                                                                              Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-17656 (ABA)

Lisa M. Ortiz
5 East Collings Drive
Williamstown, NJ  08094

Monthly Payment: $331.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/10/2024 | $331.00 | 10/15/2024 | $331.00 | 11/22/2024 | $331.00 | 12/26/2024 | $331.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LISA M. ORTIZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,150.00 | $893.70 | $3,256.30 | $0.00 |
| 1 | ARS NATIONAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ADVOCARE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | APEX ASSET MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | APEX ASSET MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTICARE REGIONAL MED CNTR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ATLANTIC DENTAL ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, N.A. | 33 | $823.10 | $0.00 | $823.10 | $0.00 |
| 8 | CAPITAL ONE, N.A. | 33 | $305.86 | $0.00 | $305.86 | $0.00 |
| 9 | RESURGENT RECEIVABLES, LLC | 33 | $1,525.92 | $0.00 | $1,525.92 | $0.00 |
| 10 | COLLINGS LAKES CIVIC ASSOCIATION | 24 | $1,226.35 | $0.00 | $1,226.35 | $0.00 |
| 11 | COMENITY BANK/AVENUE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,464.22 | $0.00 | $1,464.22 | $0.00 |
| 13 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $1,175.38 | $0.00 | $1,175.38 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,589.82 | $0.00 | $1,589.82 | $0.00 |
| 17 | GENESIS FS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | H&S BUSINESS SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | HAMMONTON SED LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DEPARTMENT OF THE TREASURY | 28 | $6,222.95 | $0.00 | $6,222.95 | $0.00 |
| 21 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LABCORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RESURGENT RECEIVABLES, LLC | 33 | $592.90 | $0.00 | $592.90 | $0.00 |
| 24 | M & T BANK | 24 | $1,733.30 | $0.00 | $1,733.30 | $0.00 |
| 25 | MERCURY/FBT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,163.50 | $0.00 | $1,163.50 | $0.00 |
| 27 | MISSION LANE, LLC | 33 | $490.68 | $0.00 | $490.68 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $728.33 | $0.00 | $728.33 | $0.00 |
| 29 | ROTHMAN ORTHOPAEDICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SANTANDER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SELF INC/LEAD BANK COMMUNTIY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | TRUIST BANK | 33 | $3,665.15 | $0.00 | $3,665.15 | $0.00 |
| 33 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | STATE OF NEW JERSEY | 28 | $651.36 | $0.00 | $651.36 | $0.00 |
| 35 | SYNCB/CCDSTR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | SYNCHRONY BANK/AMAZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $814.46 | $0.00 | $814.46 | $0.00 |
| 38 | SYNCHRONY BANK/SAMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | TD BANK USA, N.A. | 33 | $769.14 | $0.00 | $769.14 | $0.00 |
| 40 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | USCB CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | DEPARTMENT OF THE TREASURY | 33 | $1,444.47 | $0.00 | $1,444.47 | $0.00 |
| 45 | LVNV FUNDING, LLC | 33 | $1,042.71 | $0.00 | $1,042.71 | $0.00 |
| 46 | LVNV FUNDING, LLC | 33 | $2,026.41 | $0.00 | $2,026.41 | $0.00 |
| 47 | STATE OF NEW JERSEY | 33 | $2,771.67 | $0.00 | $2,771.67 | $0.00 |
| 48 | CAPITAL ONE/WALMART | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | COLLINGS LAKES CIVIC ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | LAKEVIEW LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | CAPITAL ONE, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | JEFFERSON CAPITAL SYSTEMS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | LVNV FUNDING, LLC | 33 | $361.02 | $0.00 | $361.02 | $0.00 |
| 55 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | SANTANDER BANK, N.A. | 33 | $6,180.07 | $0.00 | $6,180.07 | $0.00 |
| 58 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,286.31 | $0.00 | $1,286.31 | $0.00 |
| 60 | RESURGENT RECEIVABLES, LLC | 33 | $1,520.74 | $0.00 | $1,520.74 | $0.00 |
| 61 | ASHLEY FUNDING SERVICES, LLC | 33 | $525.00 | $0.00 | $525.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2024 | 48.00 | $331.00 |
| 09/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,324.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $297.90 |
| Arrearages: | $0.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**