UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

LISA M ORTIZ

Debtor

Case No.: 24-17656

Adversary No.: _____

Chapter: 13

Judge: Andrew B Altenburg Jr

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Santander Bank, N.A., creditor
(Example: John Smith, creditor)

Old address: 450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New address: 1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

New phone no.: 610-988-0977
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/13/2025

/s/Lynn A Grimm
Signature

rev.8/1/2021

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Lynn A Grimm<br>Bankruptcy Administrator<br>Santander Bank, N.A.<br>1130 Berkshire Blvd<br>MC: PA-WYO-BKR2<br>Wyomissing, PA 19610<br><br>In Re:<br>LISA M ORTIZ<br>                Debtor | Case No.:   24-17656<br><br>Chapter:   13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:   Andrew B Altenburg Jr |

## CERTIFICATION OF SERVICE

1. I, _Lynn A Grimm_ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☑ am the _creditor_ in the this case and am representing myself.

2. On _February 13, 2025_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Change of Address

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  02/13/2025                                /s/Lynn A Grimm
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LISA M ORTIZ<br>5 E COLLINGS DR<br>WILLIAMSTOWN, NJ 08094-2657 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| ANDREW B FINBERG<br>535 ROUTE 38 STE 580<br>CHERRY HILL, NJ 08002-2977 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| ANDREW THOMAS ARCHER<br>Aarcher@spillerarcherlaw.com | Debtor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |