| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Lisa M. Ortiz<br><br>Debtors | Case No.: | 24-17656 |
| | Adversary No.: | |
| | Chapter: | 13 |
| | Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Santander Bank, N.A., creditor
(Example: John Smith, creditor)

Old address: PO Box 847051
Boston, MA 02284-7051

New address: PO Box 847105
Boston, MA 02284-7105

New phone no.: ______
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 12/23/2025

/s/Joel Marin
Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joel Marin
Bankruptcy Administrator
Santander Bank, N.A.
10 Commons Blvd
MC: PA-WYO-CP3
Reading, PA 19605

In Re:
Lisa M. Ortiz
Debtors

Case No.: 24-17656
Chapter: 13
Adv. No.: ____
Hearing Date: ____
Judge: Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Joel Marin :

☐ represent ____ in the this matter.

☐ am the secretary/paralegal for ____, who represents ____ in the this matter.

☑ am the creditor in the this case and am representing myself.

2. On 12/23/2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Change of Address

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/23/2025

/s/Joel Marin
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lisa M. Ortiz<br>5 E. Collings Drive<br>Williamstown, NJ 08094 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Andrew Thomas Archer<br>aarcher@spillerarcherlaw.com | Debtor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |