| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**HILL WALLACK LLP**<br>Andrew L. Unterlack, Esquire<br>1415 Route 70 East, Suite 309<br>Cherry Hill, New Jersey 08034<br>Phone: (856) 616-8086<br>Email: aunterlack@hillwallack.com<br>*Attorneys for Collings Lakes Civic Association, Inc.* | |
| In Re:<br><br>Lisa M. Ortiz a/k/a Lisa M Ortiz,<br><br>Debtor. | Case No: 24-17656-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Andrew L. Unterlack, Esquire of Hill Wallack LLP, with an address of 21 Roszel Road, P.O. Box 5226, Princeton, New Jersey 08543, will be substituted as attorney for creditor Collings Lakes Civic Association, Inc. in the above-entitled action in the place and stead of Andrew L. Unterlack, Esquire formerly of Eisenberg, Gold & Agrawal, P.C.

EISENBERG, GOLD & AGRAWAL, P.C.

Dated: January 14, 2026           By: _____
                                                     Amar A. Agrawal, Esquire
                                                     On Behalf of Withdrawing Firm

HILL WALLACK LLP

Dated: January 14, 2026           By: _____
                                                     Andrew L. Unterlack, Esquire
                                                     On Behalf of Substituting Firm