UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Attorney ID 005272008
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)

| | |
|---|---|
| In Re: | Case No.: _____24-17656 ABA_____ |
| LISA M. ORTIZ, | Judge: _____ABA_____ |
| Debtor(s). | Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,

   creditor,

   A hearing has been scheduled for _____, at _____.


   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____July 17, 2026_____, at ___9am___.


   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.


2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not

   been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes
repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I understand that to complete the plan timely, the payments need to be adjusted to
$377 per month beginning in July 2026.  I will continue payments at that amount.

3.   This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.   I certify under penalty of perjury that the above is true.

Date: 6/22/26

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.   Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.   Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*