UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on August 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lisa M. Ortiz,
Debtor(s)

Case No.: 24-17656

Chapter: 13

Judge: ABA

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 18, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ______Andrew T. Archer, Esquire______, the applicant, is allowed a fee of $ ______625______ for services rendered and expenses in the amount of $______5.10______ for a total of $______630.10______ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $______406______ per month for ______24______ months to allow for payment of the above fee.

*rev.8/1/15*